

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00397-CR

**IN RE** Stephen Wayne **RICHARDSON**

Original Proceeding[1]

**ORDER**

On June 23, 2022, relator filed a pro se petition for writ of mandamus. After considering the petition, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 20, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2010-CR-10629, styled *State of Texas vs. Stephen Richardson*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.